# United States District Court
for the
## Southern District of New York
### Related Case Statement

**Full Caption of Later Filed Case:**

XY Planning Network, LLC; and Ford Financial Solutions, LLC

**Plaintiff**

vs.

United States Securities and Exchange Commission; and Walter "Jay" Clayton III, in his official capacity as Chairman of the United States Securities and Exchange Commission

**Defendant**

**Case Number**

1:19-cv-08415

**Full Caption of Earlier Filed Case:**

(including in bankruptcy appeals the relevant adversary proceeding)

STATE OF NEW YORK, STATE OF CALIFORNIA, STATE OF CONNECTICUT, STATE OF DELAWARE, DISTRICT OF COLUMBIA, STATE OF MAINE, STATE OF NEW MEXICO, and STATE OF OREGON

**Plaintiff**

vs.

UNITED STATES SECURITIES AND EXCHANGE COMMISSION; and WALTER "JAY" CLAYTON III, in his official capacity as Chairman of the United States Securities and Exchange Commission

**Defendant**

**Case Number**

1:19-cv-08365-VM

IH-32                                                                                                          Rev: 2014-1

Status of Earlier Filed Case:

☐ Closed    (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision. Also, state whether there is an appeal pending.)

☑ Open      (If so, set forth procedural status and summarize any court rulings.)

The complaint was filed on 09/09/2019.

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

Both cases allege that the final rule of the United States Securities and Exchange Commission published at 84 Fed. Reg. 33,318 (July 12, 2019) violates the Administrative Procedure Act, 5 U.S.C. §§ 701-706.

Signature: /s/ Jonathan E. Taylor                                 Date: 09/10/2019

Firm: Gupta Wessler PLLC